## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO ALVAREZ <br>     Plaintiff, <br><br> v <br><br> NATIONSTAR MORTGAGE, LLC <br>     Defendant. | Civil Action No. 15-10560 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), the Plaintiff in the above captioned case hereby provides notice of dismissal of this case without prejudice.

                                            Respectfully submitted,

                                            Mario Alvarez

                                            By His Attorney,

                                            */s/ Roger Bertling /s/*

                                            Roger Bertling, BBO# 560246
                                            Charles Carriere, BBO # 601081
                                            WilmerHale Legal Services Center of Harvard Law School
                                            122 Boylston Street
                                            Jamaica Plain, MA 02130
                                            ccarriere@law.harvard.edu
                                            (617) 390-2550
                                            Facsimile: (617) 522-0715

February 26, 2015

2

**CERTIFICATE OF SERVICE**

I, Roger Bertling, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: February 26, 2015                                              /s/ Roger Bertling